Bruce C. Jones, ISB # 3177
Patrick E. Mahoney, ISB # 5245
**BLACKBURN & JONES** LLP
1673 West Shoreline Drive, Ste 200 [83702]
P.O. Box 7808
Boise, ID 83707-7808
Telephone: (208) 489-8989
Facsimile: (208) 489-8988

Attorneys for Defendants Sandy Moreland,
Charles M. Bowers, Louise Holland, and Don Marley

U.S. COURTS

03 OCT 23 PM 4: 25

REC'D____FILED____
CAMERON S. BURKE
CLERK          IDAHO

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| MELALEUCA, INC., an Idaho Corporation, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>SANDY MORELAND, an individual; )<br>CHARLES M. BOWERS, an individual; )<br>LOUISE HOLLAND, an individual; DON )<br>MARLEY, an individual; and JOHN DOE )<br>PERSONS OR ENTITIES I-XX )<br>)<br>Defendants. )<br>) | Case No. CIV 03-73-E-LMB<br><br>AFFIDAVIT IN SUPPORT OF MOTION FOR LEAVE TO WITHDRAW AS COUNSEL OF RECORD FOR DEFENDANT CHARLES M. BOWERS |

STATE OF IDAHO  )
                : ss.
County of Ada   )

BRUCE C. JONES, being first duly sworn upon oath, deposes and says:

1. I am the attorney representing the Defendant, Charles M. Bowers, in the above-entitled matter.

2. I was retained by the above-named Defendant, Charles M. Bowers to represent him in the above referenced matter.

AFFIDAVIT IN SUPPORT OF MOTION FOR LEAVE TO WITHDRAW
AS COUNSEL OF RECORD FOR DEFENDANT CHARLES M. BOWERS - 1

3. Mr. Bowers and this firm have not been able to reach an agreement on our continued representation of him in this matter.

4. I believe it would be in the best interest of all involved that I be permitted to withdraw as attorney of record.

FURTHER YOUR AFFIANT SAYETH NAUGHT.

_____
BRUCE C. JONES

SUBSCRIBED AND SWORN to before me this 23rd day of October, 2003.

_____
Notary Public for Idaho
Residing at Boise, Idaho
My Commission Expires: 10/18/06

AFFIDAVIT IN SUPPORT OF MOTION FOR LEAVE TO WITHDRAW
AS COUNSEL OF RECORD FOR DEFENDANT CHARLES M. BOWERS - 2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 23rd day of October, 2003, I caused to be served a true and correct copy of the above and foregoing document by the method indicated below, and addressed to the following:

| | | |
|---|---|---|
| Curt R. Thomsen<br>THOMSEN AND STEPHENS PA<br>2635 Channing Way<br>Idaho Falls, ID 83404 | [X]<br>[ ]<br>[ ]<br>[ ] | U.S. MAIL<br>HAND DELIVERED<br>FACSIMILE: 208-522-1277<br>OVERNIGHT MAIL |

Courtesy Copy to:

| | | |
|---|---|---|
| Gary L. Cooper<br>James D. Ruchti<br>COOPER & LARSEN<br>151 North 34d Avenue, Suite 210<br>P.O. Box 4229<br>Pocatello, ID 83205-4229 | [X]<br>[ ]<br>[ ]<br>[ ] | U.S. MAIL<br>HAND DELIVERED<br>FACSIMILE: 208-235-1182<br>OVERNIGHT MAIL |
| Charles M. Bowers<br>766 Mulberry Creek Road<br>North Wilkesboro, NC 28659 | [X]<br>[ ]<br>[ ]<br>[ ] | U.S. MAIL – certified<br>HAND DELIVERED<br>FACSIMILE<br>OVERNIGHT MAIL |

_____
Bruce C. Jones