# UNITED STATES DISTRICT COURT

DISTRICT OF IDAHO
U.S. COURTHOUSE, ROOM 400
BOX 039
550 WEST FORT STREET
BOISE, IDAHO 83724

CAMERON S. BURKE
CLERK

208/334-1361

**CR-05-216-RHW**

MEMORANDUM

Date: November 29, 2005

To: US District Court, State of Washington, Eastern Division

From: US District Court, State of Idaho
Darlene Hand, Deputy Clerk

Re: Case No. 03-073-N-EJL

Case Name: USA v Douglas

This case has been transferred to your District per the enclosed transfer order. Included from the case are certified copies of the docket sheet, transfer order, indictment, supervised release petition and judgment.

Please acknowledge receipt of the above and return the acknowledgment to the District of Idaho.

Received by:

Date Received:

Please return acknowledgment to:

Clerk, US District Court
District of Idaho
550 W Fort St
MSC 042
Boise, ID 83724

**RECEIVED**

DEC 0 2 2005

CLERK, US DISTRICT COURT
SPOKANE, WASHINGTON