UNITED STATES DISTRICT COURT FOR THE DISTRICT OF IDAHO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal No. 03-73-N-EJL |
| | ) | |
| Plaintiff, | ) | |
| vs. | ) | ORDER APPROVING |
| | ) | STIPULATION AND AGREEMENT |
| ROBERT LEON MERTENS, | ) | FOR SETTLEMENT OF CLAIMS |
| | ) | OF THIRD-PARTY PETITIONERS |
| | ) | DONALD P. HERRES, PHILLIP M. |
| Defendant. | ) | HERRES COMPANY, LLC., dba |
| _____ | ) | DOLLAR TOWNE |
| | ) | |
| DONALD P. HERRES, | ) | |
| PHILLIP M. HERRES COMPANY, | ) | |
| LLC, dba DOLLAR TOWNE, | ) | |
| | ) | |
| Third-Party Petitioners. | ) | |
| _____ | ) | |

The Court has before it a Stipulation and Agreement for Settlement of Claims between the United States of America, Donald P. Herres and Phillip M. Herres, individually and as authorized representatives of Phillip M. Herres Company, LLC, dba Dollar Towne for compromise and settlement of a claim made in this action in the sum of $7,370.00. Local Civil Rule 7.3 allows parties to file written stipulations with the Court. The Court has reviewed the parties' stipulation here and finds good cause exists to approve the same.

**ORDER**

THEREFORE IT IS HEREBY ORDERED that the above-referenced Stipulation and Agreement (Dkt. No. 457) is **APPROVED**.

DATED: **March 2, 2006**

*/s/ Edward J. Lodge*
~~Honora~~ble Edward J. Lodge
U. S. District Judge